David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
Michelle Nesbett, ABA #0705028
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone:  907.276.1550
Facsimile:  907.276.3680
dgross@bhb.com
mmichaletz@bhb.com
mnesbett@bhb.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JEFFREY R. GREEN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 3:22-cv-00244 (HRH) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |
| | ) | |

## **FIRST AMENDED COMPLAINT**

COMES NOW Plaintiff, Jeffrey R. Green ("Green"), by and through undersigned counsel, and hereby states and alleges as follows:

## **PARTIES**

1.      Green is a resident of, and domiciled in, the State of Alaska.

GREEN V. USA
FIRST AMENDED COMPLAINT
01300806.DOCX

CASE NO. 3:22-cv-00244 (HRH)
PAGE 1 OF 7

2. Defendant, the United States of America (the "Government"), is a public entity governed by all applicable laws, including the Federal Tort Claims Act (28 U.S.C. 2671, *et seq.*).

3. The Bureau of Prisons ("BOP"), is a department and agency of the Government and is synonymous with the United States of America.

4. On April 13, 2022, a demand letter with a completed Standard Form 95 was sent to the Government demanding damages as a result of its tortuous conduct. This amounted to a valid presentation of an administrative claim.

5. In the six months since the administrative claim was asserted, the Government took no action to address the claim. Pursuant to 28 U.S.C. § 2675(a), this inaction amounts to a denial of the administrative claim.

6. All administrative remedies that are required prior to filing a lawsuit have been exhausted and this lawsuit is proper.

## **JURISDICTION/VENUE**

7. This Court has jurisdiction over this action pursuant to the Federal Tort Claims Act, specifically including 28 U.S.C. § 1331.

8. This District is an appropriate venue for this action pursuant to 28 U.S.C. §§ 1391(b)(1), (b)(2), and (e)(1)(B).

## FACTUAL ALLEGATIONS

9.     Green was convicted of certain charges.  He was incarcerated and served the majority of his time in two federal correctional facilities: FCI Sheridan in Oregon and FCI Victorville in California.

10.     All of the actions set forth herein were done by employees of the Government and all such actions were done in the course and scope of employment.  Those employees specifically include FCI Sheridan Clinical Director Andrew Grasley, MD; Daniel Satalino, RN; Salvador Villalon, MD; Franklin Rutledge, MD; Joanna Farrell, NP; Nelson Ayala-Rubio, MD; and Stacey Cisneros, RN.  Green reserves the right to name additional employees once he has had an opportunity to participate in discovery.

11.     During the course of his incarceration, which was from October 2020 to March 2022, Green repeatedly and consistently complained to prison officials and medical staff of frequent and difficult urination, incontinence, nausea and pain in the area of his prostate.  On numerous occasions he specifically told medical staff that he was unable to urinate and needed immediate medical care.

12.     On April 8, 2021, BOP employee Salvador Villalon, MD, diagnosed Green with an enlarged prostate with lower urinary tract symptoms.  Doctor Villalon failed to order additional testing despite symptoms consistent with prostate cancer.

13. On September 27, 2021, BOP employee Stacey Cisneros, RN, acknowledged that Green had been verbalizing prostate issues for about a year, and that he had a previous PSA of 14, an indicator of prostate cancer. Clinical Director Andrew Grasley, MD was responsible for taking follow-up action.

14. On October 7, 2021, BOP employee Franklin Rutledge, MD, reviewed Green's PSA test results showing a PSA of 39.2, a result highly indicative of prostate cancer. Dr. Rutledge failed to ensure appropriate follow-up tests and medical care.

15. On November 1, 2021, BOP employee Joanna Farrell, NP, ordered a urology consult, noting the recent PSA result of 39.2, but only prioritized the request as "routine" rather than "urgent." This medical record was co-signed by BOP employee Nelson Ayala-Rubio, MD.

16. Despite showing all of the symptoms of prostate cancer, and despite test results demonstrating the high likelihood that he had prostate cancer, Green's requests to see a urologist were ignored by the BOP medical staff, including Clinical Director Andrew Grasley, MD.

17. On January 28, 2022, BOP employee Daniel Satalino, RN, ordered a biopsy of Green's prostate, but prioritized it as "routine" instead of "urgent," despite a PSA result of 39.2 from more than three months earlier.

GREEN V. USA
FIRST AMENDED COMPLAINT
01300806.DOCX

CASE NO. 3:22-cv-00244 (HRH)
PAGE 4 OF 7

Case 3:22-cv-00244-HRH   Document 14   Filed 02/24/23   Page 4 of 7

18. Finally, on March 7, 2022, over a year after he made his original request for medical care, Green was seen at a local emergency room where a biopsy of his prostate was taken. This testing showed the existence of prostate cancer.

19. Because Green had not received prompt medical care, the cancer has metastasized, meaning that it has already spread to other locations throughout his body other than the prostate, making it inoperable, and thus terminal.

20. On March 17, 2022, a bone scan revealed the cancer has spread to Green's pelvis, spine, ribs, and sternum.

21. Had prison officials responded to Green's repeated requests for medical care in a timely fashion, his prostate cancer would have been diagnosed and easily treated before it spread into other locations in his body. Because there are numerous and effective treatment methods available for prostate cancer when detected early, he would have been able to make a full recovery. However, because of the inaction on the part of the Government, Green will now die of cancer in the relative short term.

## **CLAIMS FOR RELIEF**

22. The Government acted in a manner that was unreasonable and below the applicable standard of care.

GREEN V. USA
FIRST AMENDED COMPLAINT
01300806.DOCX

CASE NO. 3:22-cv-00244 (HRH)
PAGE 5 OF 7

Case 3:22-cv-00244-HRH    Document 14    Filed 02/24/23    Page 5 of 7

23. The Government failed to provide medical care to Green in a manner required by a medical professional and acted below the applicable standard of care for a medical professional.

24. Part of the reason the staff and medical professional acted below the applicable standard of care was due to a lack of training and understanding of proper medical care. In particular, the Government's staff and medical professionals failed to have an adequate knowledge of how to respond to complaints related to the prostate.

25. The negligent conduct on the part of the Government was the direct and proximate cause of the damages Green now suffers. In particular, the negligent conduct set forth above has resulted in terminal prostate cancer.

26. Due to the negligent conduct on the part of the Government, Green has suffered damages, including medical expenses, lost wages, pain and suffering, loss of enjoyment of life, and other economic and non-economic damages, the exact amount to be proven at the time of trial.

### **PRAYER FOR RELIEF**

Having alleged the foregoing, Plaintiff prays for relief as follows:

1. For judgment in accordance with the above-stated claim for relief against Defendant in an amount in excess of $75,000, the exact amount to be proven at the time of trial;

GREEN V. USA
FIRST AMENDED COMPLAINT
01300806.DOCX

CASE NO. 3:22-cv-00244 (HRH)
PAGE 6 OF 7

Case 3:22-cv-00244-HRH    Document 14    Filed 02/24/23    Page 6 of 7

2.     For attorneys' fees and costs in bringing this lawsuit to the fullest extent permitted by law, including Alaska Rules of Civil Procedure 82 and 79; and

3.     For such other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Green hereby demands a trial by jury on all issues so triable to a jury.

DATED this  24th  day of February, 2023.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Plaintiff


By:        /s/ David Karl Gross
David Karl Gross, ABA #9611065
Mara E. Michaletz, ABA #0803007
Michelle Nesbett, ABA #0705028


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  24th  day of February, 2023, a true and correct copy of the foregoing was served via the Court's electronic CM/ECF system on the following:

S. Lane Tucker
Allison M. O'leary
Marie C. Scheperle
U.S. Attorney's Office
allison.oleary@usdoj.gov
marie.scheperle@usdoj.gov

BIRCH HORTON BITTNER & CHEROT

By:   /s/ David Karl Gross